DAVID F. DOBIE, Individually and as Executor of the Last Will and Testament of THOMAS ARMSTRONG, Deceased, et al., Respondents, v. EMMETT ARMSTRONG et al., Appellants.

(Argued January 8, 1900; decided January 16, 1900.)

MOTION to amend remittitur granted so far as to allow costs in this court to both parties, payable out of the estate; and the remittitur herein is hereby ordered to be amended accordingly, without costs of this motion. (See 160 N. Y. 584.)

---

HERMAN SIEFKE, Respondent, v. HENRY SIEFKE, Appellant.

Reported below, 36 App. Div. 632.
(Submitted January 8, 1900; decided January 16, 1900.)

MOTION to substitute Henry Siefke, executor, etc., of Henry Siefke, deceased, as appellant, and to prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1899, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

The motion was made upon the ground that during the pendency of the appeal a party to the action has died, and the pendency of the appeal prevents the settlement of his estate.

*George W. McAdam* for motion.

No one opposed.

Motion granted, without costs.